SAPP V. STATE

NO. 07-03-0417-CR

NO. 07-03-0418-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 22, 2004

______________________________

JACK TREMAYNE SAPP, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 100
TH
 DISTRICT COURT OF CHILDRESS COUNTY;

NO. 4516 & 4518; HONORABLE DAVID M. MCCOY, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Pending before this Court is appellant Jack Tremayne Sapp’s motion to dismiss his appeals.  Pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, the request to withdraw the notices of appeal is signed by appellant.  No decision of this Court having been delivered to date, we grant the motion.  No motions for rehearing will be entertained, and our mandates will issue forthwith.

Accordingly, the appeals are dismissed.

Don H. Reavis

    Justice

Do not publish.